AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DARLA GREVEN | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO. 04-00082SOM-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ENCOMPASS INSURANCE, an Illinois Corporation | May 12, 2004<br>At 4 o'clock and 00 min p.m.<br>WALTER A.Y.H. CHINN, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed pursuant to the "Order Granting Defendant's Motion to Dismiss" filed on May 11, 2004.

cc: all parties of record

| May 12, 2004 | WALTER A.Y.H. CHINN |
|---|---|
| Date | Clerk |
| | *(signature)*<br>(By) Deputy Clerk |